|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | IN THE UNITED STATES DISTRICT COURT |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |
| 10 | ALVAN A ADAMS, |
| 11 | Plaintiff,          No. CIV S-07-1225 LKK EFB P |
| 12 | vs. |
| 13 | R. SUBIA, et al., |
| 14 | Defendants.      ORDER |
| 15 | _____/ |

16  Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

17 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18 U.S.C. § 1915. However, the certificate portion of the request which must be completed by

19 plaintiff's institution of incarceration has not been filled out. Plaintiff has also failed to file a

20 certified copy of his prison trust account statement for the six-month period immediately

21 preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the

22 opportunity to submit a completed in forma pauperis application and a certified copy in support

23 of his application.

24  Accordingly, IT IS HEREBY ORDERED that:

25  1. Plaintiff shall submit, within thirty days from the date of this order, a completed

26 affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

1

Dockets.Justia.com

1  of Court;

2      2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4      3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: July 5, 2007.

          /s/ Edmund F. Brennan
          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE