IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

A.A. ADAMS,

      Plaintiff,                           No. CIV S-07-1225 MCE EFB P

  vs.

ROBERT J. SUBIA, et al.,

      Defendants.                 <u>ORDER</u>

_____/

     Plaintiff, a state prisoner proceeding pro se, has filed a motion and a proposed order to obtain library access. In his motion, plaintiff alleges that court orders are necessary before he can use the law library and he therefore requests that the court issue an order granting him "Preferred Legal User" status.

     Plaintiff does not allege that he is under a present obligation to submit documents within a time certain and thus has not demonstrated that his right of access to the courts is being impaired. The court will not set a deadline merely for the purpose of insuring the plaintiff additional library time.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's August 9, 2007, motion for a court-ordered deadline (doc. #8) is denied.

DATED: September 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE