IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVAN A. ADAMS,

        Plaintiff,                  No. CIV S-07-1225 LKK EFB P

    vs.

R. SUBIA, et al.,

        Defendants.        <u>ORDER</u>

                              /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint. *See* Fed. R. Civ. P. 6(b).

       Plaintiff's September 28, 2007 request is granted and plaintiff shall file his amended complaint on or before November 30, 2007.

       So ordered.

DATED: October 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE