IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVAN A. ADAMS,

       Plaintiff,                     No. CIV S-07-1225 LKK EFB P

       vs.

R. SUBIA, et al.,

       Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed August 31, 2007, the court granted plaintiff leave to file an amended complaint within 30 days. On September 28, 2007, plaintiff filed a request for an extension of time to file his amended complaint, which was granted by the court's October 15, 2007, order. On November 9, 2007, plaintiff filed a second request for an extension of time.

      Plaintiff's November 9, 2007, request is granted and plaintiff has 60 days from the date this order is served to file and serve an amended complaint. The court does not intend to grant further requests for extensions of time.

Dated: November 15, 2007.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE