IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVAN A. ADAMS,

    Plaintiff,                 No. CIV S-07-1225 MCE EFB P

    vs.

R. SUBIA, et al.,

    Defendants.            <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file an amended complaint that states a cognizable claim against defendant Montanez. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's March 24, 2009 request is granted and plaintiff shall file an amended complaint on or before May 4, 2009.

    So ordered.

DATED: April 1, 2009.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE