IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVAN A. ADAMS,

      Plaintiff,                      No. CIV S-07-1225 MCE EFB P

      vs.

R. SUBIA, et al.,

      Defendants.              <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 4, 2009, the court permitted plaintiff to file an amended complaint. On May 5, 2009, plaintiff filed a fourth amended complaint.

      The court finds that, for the limited purposes of § 1915A screening, the amended complaint states a cognizable claim against defendant Shirley for violating plaintiff's Eighth Amendment rights as well as a cognizable claim against defendant Montanez for violating plaintiff's First Amendment rights. *See* 42 U.S.C. § 1983.

      Accordingly, it hereby is ordered that:

      1. Service is appropriate for defendants Shirley and Montanez.

      2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and one copy of the May 5, 2009 pleading.

1    3. Within 30 days from service of this order, plaintiff shall complete the attached Notice
2 of Submission of Documents and submit it to the court with the completed summons and USM-
3 285 forms and three copies of the endorsed May 5, 2009 pleading.
4    4. Upon receipt of the necessary materials, the court will direct the United States
5 Marshal to serve defendants Shirley and Montanez pursuant to Federal Rule of Civil Procedure 4
6 without payment of costs. Failure to comply with this order will result in a recommendation that
7 this action be dismissed.
8 Dated: June 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVAN A. ADAMS,

       Plaintiff,                      No. CIV S-07-1225 MCE EFB P

    vs.

R. SUBIA, et al.,

       Defendants.            <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__     completed summons form

        __2__     completed forms USM-285

        __3__     copies of the May 5, 2009 Fourth Amended Complaint

Dated:

                                                               Plaintiff