IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALVAN A. ADAMS,

       Plaintiff,                      No. CIV S-07-1225 MCE EFB P

    vs.

R. SUBIA, et al.,                         <u>ORDER</u>

       Defendants.
_____/

      Plaintiff is a state prisoner proceeding in *pro se* in an action brought under 42 U.S.C. § 1983. He was granted leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. On June 24, 2009, the court determined that his fourth amended complaint states a cognizable claim for relief against defendants T. Shirley and A. Montanez, and ordered plaintiff to provide a completed summons, sufficient copies of the amended complaint for service, information for service of process on USM-285 forms, and a notice of compliance.

      On July 7, 2009, plaintiff submitted papers for service of process but instead of providing addresses for defendants T. Shirley and A. Montanez, he provided the address of the Office of the Attorney General. This fails to comply with the June 24 order. Service on an individual may be effected by delivering a copy of the summons and complaint to an "agent authorized by appointment or by law to receive service of process." *See* Fed. R. Civ. P. 4(e)(2)(C). However,

1

1  defendants have not yet authorized the Office of the Attorney General to accept service of a
2  summons and complaint on their behalf.  Plaintiff will be given an additional 30 days which shall
3  run from the date of this order to submit the information necessary to serve defendants, i.e., the
4  addresses of where each defendant can be located.

5  Plaintiff may seek such information through discovery, the California Public Records
6  Act, California Government Code §§ 6250, *et seq.*, or any other means available but must
7  proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a
8  defendant not served within 120 days after filing the complaint unless the time is enlarged based
9  upon a demonstration of good cause.  If plaintiff's access to the required information is denied or
10 unreasonably delayed, plaintiff may seek judicial intervention.  Likewise, the defendants may
11 obviate the need for such intervention and any potentially attendant cost shifting by authorizing
12 the California Attorney General to accept service on their behalf.

13 Accordingly, IT IS HEREBY ORDERED that:

14 1. The Clerk of the Court shall mail plaintiff two USM-285 forms and one summons.

15 2. Within 30 days from the date this order is served, plaintiff must submit the attached
16 Notice of Submission of Documents with the completed summons and the completed USM-285
17 forms providing instructions for service of process upon each defendant.

18 3. Failure to provide new instructions for service of process upon defendants within the
19 time allowed or to show good cause for such failure will result in a recommendation that this
20 action be dismissed.

21 DATED:  August 6, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

ALVAN A. ADAMS,

      Plaintiff,                     No. CIV S-07-1225 MCE EFB P

    vs.

R. SUBIA, et al.,

      Defendants.             <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        <u>  1  </u>    completed summons form

        <u>  2  </u>    completed forms USM-285

Dated:

                                                      Plaintiff